```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> JOHN THAT LUONG, et al., </br></br> Defendant. | CR. NO. S-99-433-WBS </br></br> STIPULATION AND ORDER </br></br> DATE: March 30, 2006 </br> TIME: 2:00 p.m. </br> CTRM: Honorable William B. Shubb |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq.; defendant Son Van Nguyen, through his counsel, James R. Greiner, Esq.; defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Assistant Federal Defender; and defendant Hoang Ai Le, through his counsel, Joseph Wiseman, Esq.; stipulate and agree to the following revised motion schedule and exclusion of time under the Speedy Trial Act:

    1.    Government's response to defendants' motions to be filed on March 9, 2006;

1

2. Defendants' reply, if any, to be filed by March 23, 2006; and

3. Hearing on the motions March 30, 2006, at 2:00 p.m.

Counsel for the government needs additional time to research and prepare its responses to the defendants' motions. Counsel for the government is currently in trial and has been for the last few weeks in the case of United States v. Slater, et al., CR-S-03-0371 MCE. Accordingly, the parties stipulate that time be excluded for the pendency of these motions pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from any pretrial motion and 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time to adequately prepare for pretrial proceedings.

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: February 6, 2006        By:/s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

DATED: February 6, 2006        By: /s/ Richard Mazer
                                        RICHARD MAZER for defendant
                                        John That Luong

DATED: February 7, 2006        By: /s/ James R. Greiner
                                        JAMES R. GREINER for defendant
                                        Son Van Nguyen

DATED: February 6, 2006        By: /s/ Jeffrey Staniels
                                        JEFFREY STANIELS, AFD, for
                                        defendant Thongsouk Lattanaphon

DATED: February 6, 2006          By: /s/ Joseph Wiseman
                                     JOSEPH WISEMAN for defendant
                                     Hoang Ai Le

_____

### ORDER

For the reasons set forth above, the revised law and motion schedule is adopted.  Furthermore, time is excluded for the reasons set forth above.

DATED: February 7, 2006

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE