```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-99-433-WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JOHN THAT LUONG, et al., | ) |
| | ) DATE: April 19, 2006 |
| Defendant. | ) TIME: 10:00 a.m. |
| | ) CTRM: Honorable William B. Shubb |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq.; defendant Son Van Nguyen, through his counsel, James R. Greiner, Esq.; defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Assistant Federal Defender; and defendant Hoang Ai Le, through his counsel, Michael Long, Esq.; stipulate and agree to the following revised motion schedule and exclusion of time under the Speedy Trial Act:

    1.    Government's response to defendants' motions to be filed on March 23, 2006;

1    2.   Defendants' reply, if any, to be filed by April 6, 2006; and

2    3.   Hearing on the motions April 19, 2006, at 10:00 a.m.

Counsel for the government needs additional time to research and prepare its responses to the defendants' motions. Accordingly, the parties stipulate that time be excluded for the pendency of these motions pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from any pretrial motion and 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time to adequately prepare for pretrial proceedings.

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: March 9, 2006        By: /s/ William S. Wong
                                WILLIAM S. WONG
                                Assistant U.S. Attorney


DATED: March 9, 2006        By: /s/ William S. Wong authorized by
                                RICHARD MAZER for defendant
                                John That Luong


DATED: March 9, 2006        By: /s/ William S. Wong authorized by
                                JAMES R. GREINER for defendant
                                Son Van Nguyen


DATED: March 9, 2006        By: /s/ William S. Wong authorized by
                                JEFFREY STANIELS, AFD, for
                                defendant Thongsouk Lattanaphon
```

///

///

///

///

2

DATED: March 9, 2006        By: /s/ William S. Wong authorized by
                                MICHAEL LONG for defendant
                                Hoang Ai Le

_____

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.  Furthermore, time is excluded for the reasons set forth above.

DATED: March 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE