McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-99-433-WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JOHN THAT LUONG, et al., | ) |
| | ) DATE: June 21, 2006 |
| Defendant. | ) TIME: 10:00 a.m. |
| | ) CTRM: Honorable William B. Shubb |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq.; defendant Son Van Nguyen, through his counsel, James R. Greiner, Esq.; defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Assistant Federal Defender; and defendant Hoang Ai Le, through his counsel, Michael Long, Esq.; stipulate and agree to the following revised motion schedule and exclusion of time under the Speedy Trial Act:

    1.    Government's response to defendants' motions to be filed on May 24, 2006;

1

2. Defendants' reply, if any, to be filed by June 7, 2006; and

3. Hearing on the motions June 21, 2006, at 10:00 a.m.

Counsel for the government needs additional time to research and prepare its responses to the defendants' motions. Accordingly, the parties stipulate that time be excluded for the pendency of these motions pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from any pretrial motion and 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time to adequately prepare for pretrial proceedings.

```
                                   Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney


DATED: April 12, 2006     By: /s/ William S. Wong
                              WILLIAM S. WONG
                              Assistant U.S. Attorney


DATED: April 12, 2006     By: /s/ William S. Wong authorized by
                              RICHARD MAZER for defendant
                              John That Luong


DATED: April 12, 2006     By: /s/ William S. Wong authorized by
                              JAMES R. GREINER for defendant
                              Son Van Nguyen


DATED: April 12, 2006     By: /s/ William S. Wong authorized by
                              JEFFREY STANIELS, AFD, for
                              defendant Thongsouk Lattanaphon
```

///

///

///

///

DATED: April 12, 2006        By: /s/ William S. Wong authorized by
                                 MICHAEL LONG for defendant
                                 Hoang Ai Le

_____

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.  Furthermore, time is excluded for the reasons set forth above.

DATED:  April 12, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE