1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   JASON HITT
3  Assistant U.S. Attorneys
   501 I Street, Ste 10-100
4  Sacramento, CA 95814
   Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-99-433-WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| SON VAN NGUYEN, et al., | ) |
| Defendant. | ) DATE: June 21, 2006 |
| | ) TIME: 10:00 a.m. |
| | ) CTRM: Honorable William B. Shubb |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant Son Van Nguyen, through his counsel, James R. Greiner, Esq.; defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Assistant Federal Defender; and defendant Hoang Ai Le, through his counsel, Michael Long, Esq.; stipulate and agree to the following revised motion schedule and exclusion of time under the Speedy Trial Act:

   1.  Government's response to defendants' motions to be
       filed on November 22, 2006;

   2.  Defendants' reply, if any, to be filed by December 6,
       2006; and

1

1      3.   Hearing on the motions December 13, 2006, at 10:00 a.m.

2      In light of pending jury trials and heavy caseloads, counsels
3  for the government needs additional time to research and prepare its
4  responses to the defendants' motions.  Accordingly, the parties
5  stipulate that time be excluded for the pendency of these motions
6  pursuant to 18 U.S.C. § 3161(h)(1)(F) - delay resulting from any
7  pretrial motion and 18 U.S.C. § 3161(h)(8)(B)(ii) - additional time
8  to adequately prepare for pretrial proceedings.

9                          Respectfully submitted,

10                         McGREGOR W. SCOTT
                           United States Attorney
11

12 DATED: June 20, 2006       By: /s/ William S. Wong
                              WILLIAM S. WONG
13                             Assistant U.S. Attorney

14 DATED: June 20, 2006       By: /s/ William S. Wong authorized by
                              JAMES R. GREINER for defendant
15                             Son Van Nguyen

16 DATED: June 20, 2006       By: /s/ William S. Wong authorized by
                              JEFFREY STANIELS, AFD, for
17                             defendant Thongsouk Lattanaphon

18 DATED: June 20, 2006       By: /s/ William S. Wong authorized by
                              MICHAEL LONG for defendant
19                             Hoang Ai Le

20 _____

21                            **ORDER**

22     For the reasons set forth above, the revised law and motion
23 schedule set forth above is adopted.  This Order does not affect
24 defendant John That Luong's renewed motion for severance and
25 separate trial on counts one through three or defendant John That
26 Luong's motion to dismiss counts one through nine of the indictment
27 for failure to allege the elements of the offenses charged, which
28 motions will be heard on June 20, 2006 as scheduled.  The court

1  finds excludable time to December 13, 2006 for the reasons set forth
2  above.
3
4  DATED:  June 20, 2006

         _____
         WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE

3