DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THONGSOUK LATTANAPHOM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:99-cr-433 WBS |
| Plaintiff, | ORDER |
| v. | |
| THONGSOUK LATTANAPHOM, | Judge: Hon. William B. Shubb (In Chambers) |
| Defendant. | |

**WHEREAS** this court granted leave to Defendant Lattanaphom to appeal its ruling, CR 839, denying certain motions after hearing on April 2, 2007; and

**WHEREAS** counsel for Defendant Lattanaphom orally advised the court at the hearing on April 2, 2007, that if the event a notice of appeal was filed he would request that the trial date of April 17, 2007, be vacated and that further proceedings in this court be stayed pending determination of

1  his appeal; and
2      **WHEREAS** Defendant Lattanaphom has filed with the clerk
3  of the court a notice of appeal, CR 840;
4      **THEREFORE** the trial date of April 17, 2007, is hereby
5  VACATED, and further proceedings with respect to Defendant
6  Lattanaphom in this matter are STAYED pending resolution of
7  his appeal.
8      **IT IS SO ORDERED.**

10 Dated:  April 4, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE