```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    JASON HITT
 3  Assistant U.S. Attorneys
    501 I Street, Ste 10-100
 4  Sacramento, CA 95814
    Telephone (916) 554-2790
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA       )
                                   ) CR. NO. S-99-433-WBS
12            Plaintiff,           )
                                   )
13       v.                        ) STIPULATION AND [PROPOSED] ORDER
                                   ) TO JOIN DEFENDANTS AND TO CONTINUE
14  THONGSOUK THENG LATTANAPHON,   ) JURY TRIAL ON COUNTS SIX, SEVEN,
    aka Kevin Lattanaphon,         ) EIGHT, AND NINE
15                                 )
              Defendant.           ) DATE: April 17, 2007
16                                 ) TIME: 9:00 a.m.
    _____) CTRM: Honorable William B. Shubb
17
```

18      The United States of America, through its counsels of record,
19 McGregor W. Scott, United States Attorney for the Eastern District
20 of California, and William S. Wong and Jason Hitt, Assistant United
21 States Attorneys; defendant Thongsouk Theng Lattanaphon, through his
22 counsel of record, Jeffrey Staniels, Assistant Federal Defender;
23 hereby stipulate and agree that the jury trial of Counts Six, Seven,
24 Eight, and Nine in the above-entitled matter - Indictment number
25 CR.S-99-0433-WBS, which is presently set for trial on April 17,
26 2007, should be continued to October 7, 2007, at 9:00 a.m.
27      The parties agree that by continuing these counts to the
28 October date, the policy of judicial economy will be furthered, and

1

1  victims and witnesses in those robberies will be called to testify
2  in one, rather than two trials.
3      The parties agree and stipulate that defendant Lattanaphon
4  should be joined with co-defendants John That Luong, Minh Huynh,
5  Hoang Ai Le, and Son Van Nguyen for trial on Counts Six, Seven,
6  Eight, and Nine, presently set for jury trial on October 2, 2007.
7  The parties further stipulate that if the defendant is joined with
8  the co-defendants for trial for the aforementioned counts, on the
9  aforementioned date, that time be excluded from the Speedy Trial
10 clock pursuant to 18 U.S.C. § 3161(h)(7) - delay when the defendant
11 is joined for trial with co-defendants.  The parties agree that the
12 period of time between April 17, 2007 and October 2, 2007 should be
13 excluded from the Speedy Trial clock in order to allow defense
14 counsel time to effectively prepare for the trial of Counts Six,
15 Seven, Eight, and Nine pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and
16 Local Code T4 - to allow reasonable time to prepare.

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: April 4, 2007          By:/s/ WILLIAM S. WONG
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney


DATED: April 4, 2007          By: /s/ JEFFREY STANIELS
                                    JEFFREY STANIELS
                                    Assistant Federal Defender for
                                    defendant THONGSOUK THENG
                                    LATTANAPHON

///
///

2

**ORDER**

For the foregoing reasons, the Court orders that defendant Thongsouk Theng Lattanaphon be joined with co-defendants John That Luong, Minh Huynh, Hoang Ai Le, and Son Van Nguyen as to Counts Six, Seven, Eight, and Nine for trial on October 2, 2007.  The Court further orders that the trial of those counts, presently set for April 17, 2007, be continued to October 2, 2007, and that time be excluded for the reasons stated above from today's date up to and including October 2, 2007.

DATED: April 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE