DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THONGSOUK LATTANAPHOM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-99-0433 WBS |
| Plaintiff, | |
| v. | REQUEST AND [~~PROPOSED~~] ORDER REQUESTING RELEASING OF DISTRICT COURT FILE TO FEDERAL DEFENDER FOR COPYING |
| THONGSOUK LATTANAPHOM, | |
| Defendant. | Judge:   Hon. William B. Shubb |

Defendant THONGSOUK LATTANAPHOM, by and through his counsel, hereby requests the court to direct the Clerk of the Eastern District of California to release the district court's file to the Federal Defender's Office for the purpose of copying the file in this matter. This copying is needed to begin preparations for the anticipated appeal that will be filed following the defendant's sentencing.

///
///
///
///
///

1  The Federal Defender's Office will be responsible for returning
2  the District Court file back to the clerk's office within seven (7)
3  days from the date of the signing of this order.

4  Dated:   June 26, 2008

5                                    Respectfully submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender

7                                    /s/ Ann C. McClintock
8                                    ANN C. McCLINTOCK
                                     Assistant Federal Defender
9                                    Attorney for Defendant
                                     THONGSOUK LATTANAPHOM

10

11                              **ORDER**

12      The court has considered this request, which it understands is
13  opposed by the United States Attorney.  Notice of appeal has not yet
14  been filed, and the file in this case should accordingly remain within
15  the custody and control of the Clerk of this Court.  IT IS THEREFORE
16  ORDERED that defendant Lattanaphom's request for an order directing the
17  Clerk to release the district court's file to the Federal Defender's
18  Office for copying be, and the same hereby is, DENIED.

19  DATED:  June 27, 2008

21                                _____
                                  WILLIAM B. SHUBB
22                                UNITED STATES DISTRICT JUDGE