IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:99-cr-433 WBS |
| | ) |
| Plaintiff, | ) ORDER RE: CUSTODY STATUS OF |
| | ) THONGSOUK THENG LATTANAPHOM |
| v. | ) |
| | ) |
| THONGSOUK LATTANAPHOM, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

        On or before August 8, 2008, the United States attorney shall file a written response to defendant Lattanaphom's ex parte motion for an order staying execution of a writ of habeas corpus ad prosequendum calling for his removal to Los Angeles. The court will hear the motion at 8:30 a.m. on August 11, 2008.

        IT IS SO ORDERED.

DATED: August 5, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE