```
DANIEL J. BRODERICK, CA Bar #89424
Federal Defender
Designated Counsel for Service
ANN C. McCLINTOCK, CA Bar #141313
Assistant Federal Defender
TIVON SCHARDL FL Bar #0073016
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THONGSOUK THENG LATTANAPHOM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-99-0433 WBS |
| Plaintiff, | |
| v. | **MOTION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| THONGSOUK THENG LATTANAPHOM, | Judge:   Hon. William B. Shubb |
| Defendant. | |

Defendant THONGSOUK LATTANAPHOM, by and through his counsel, hereby moves to continue his sentencing 90 days to permit his recently assigned counsel sufficient time to complete their necessary preparations for sentencing. Mr. Lattanaphom is currently scheduled for sentencing on September 21, 2009, at the same time as the codefendants.

As detailed in the supporting declarations of counsel, filed ex parte and under seal, Mr. Lattanaphom's counsel are diligently preparing for sentencing. The length of continuance requested, 90 days, is sufficient to permit counsel to complete their preparations for sentencing. The inconvenience this continuance might cause the court is small compared to the prejudice Mr. Lattanaphom will suffer without the requested continuance. It is apparent from the government's opposition

1. to codefendant Hoang Ai Le's request for a writ of habeas corpus ad
2. prosequendum,[1] that the government will not be harmed by this request. It
3. is also clear that Mr. Lattanaphom will suffer extreme harm without a
4. continuance.  He faces a sentencing recommendation of life plus 540
5. months in prison.  Even though Mr. Lattanaphom was a juvenile at the time
6. of the crimes, he faces a life without possibility of parole term as the
7. federal prison system offers no supervised release to juvenile offenders
8. sentenced to life terms.

These factors collectively justify granting Mr. Lattanaphom's request for a 90 day continuance of sentencing.  *See United States v. Rivera-Guerrero,* 426 F.3d 1130, 1139–1143 (9th Cir. 2005)[2]; *United States v. Flynt*, 756 F.2d 1352, 1359 (9th Cir. 1985)(setting out four factors outlined above and holding that "[t]he weight ... attributed to any single factor may vary with the extent of the showings on the other factors.").

Dated:  September 11, 2009            Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      */s/ Ann C. M$^c$Clintock*
                                      ANN C. M$^c$CLINTOCK
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      THONGSOUK LATTANAPHOM

---

[1] *See* Docket entry no. 1309, page 2 (recital that government opposes having Mr. Le transported back to the Eastern District of California for sentencing on September 21, 2009, suggests government is not harmed by having the defendants separately sentenced.)

[2] As *Rivera-Guerro* observed, a district court's denial of a continuance, even after it concludes that a defendant failed the diligence prong of the *Flynt* analysis, may still be reversible error. 436 F.3d at 1140, citing as an example, *United States v. 2.61 Acres of Land, More or Less, Situated in Mariposa County, State of Cal.*, 791 F.2d 666, 671–72 (9th Cir. 1985).

1  DANIEL J. BRODERICK, CA Bar #89424
   Federal Defender
2  Designated Counsel for Service
   ANN C. M<sup>c</sup>CLINTOCK, CA Bar #141313
3  Assistant Federal Defender
   TIVON SCHARDL FL Bar #0073016
4  Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
   Attorneys for Defendant
7  THONGSOUK LATTANAPHOM

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      )  No. Cr-S-99-0433 WBS
                                  )
12              Plaintiff,        )
                                  )  **[PROPOSED]** ORDER
13      v.                        )  **CONTINUING SENTENCING**
                                  )
14 THONGSOUK THENG LATTANAPHOM,   )  Judge:   Hon. William B. Shubb
                                  )
15              Defendant.        )
                                  )
16 _____ )

17                                **ORDER**

18        IT IS  HEREBY ORDERED that for the reasons stated in the

19 Defendant's motion to continue, that the sentencing hearing now set for

20 defendant THONGSUK THEN LATTANAPHOM is continued from September 21, 2009,

21 to January 19, 2010, at 9:00 a.m.

22 Dated:   September 21, 2009

23                         _____
                           WILLIAM B. SHUBB
24                         UNITED STATES DISTRICT JUDGE

25

26

27

28

U.S. v.Lattanaphom, Cr-S-99-0433
Motion and Proposed order           -3-