DANIEL J. BRODERICK, CA Bar #89424
Federal Defender
Designated Counsel for Service
ANN C. McCLINTOCK, CA Bar #141313
Assistant Federal Defender
TIVON SCHARDL, FL Bar #0073016
Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THONGSOUK THENG LATTANAPHOM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-99-0433 WBS |
| )  Plaintiff, ) | **ORDER DIRECTING CLERK TO FILE COUNSEL DECLARATIONS EX PARTE & UNDER SEAL** |
| v. ) | |
| THONGSOUK THENG LATTANAPHOM, ) | Judge:   Hon. William B. Shubb |
| )  Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED, for good cause shown, the Clerk is directed to file ex parte and under seal: **Declaration of Federal Defender Daniel J. Broderick in Support of Motion to Continue Sentencing, Declaration of Counsel (Staniels) in Support of Motion to Continue Sentencing,** and **Declaration of Counsel (Schardl) in Support of Motion to Continue Sentencing.**

Dated: September 21, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE